IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

M.O., *et al.*,                                  )
                                                 )
        Plaintiffs,         )
                                                 )
v.                                               )    Civil Action No. 1:21cv00769 (RDA/JFA)
                                                 )
FAIRFAX COUNTY                                   )
PUBLIC SCHOOLS,                                  )
                                                 )
        Defendant.          )
_____)

## PROPOSED FINDINGS AND RECOMMENDATIONS

On February 17, 2022, the parties filed a joint motion to seal the record seeking an order directing the Clerk to seal the entire case, inclusive of all docket entries (Docket nos. 1–51). (Docket no. 53). Along with this motion, the parties filed a notice of filing sealing motion in accordance with Local Civil Rule 5 and a memorandum in support of the joint motion. (Docket nos. 52, 54). No objection has been filed to the joint motion and the seven-day time period for doing so has expired.

The District Judge has referred this motion to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) for the preparation of proposed findings and recommendations for disposition indicating some concern that the relief requested in the motion may be too expansive. As required by this section, the parties will have fourteen days after the filing of these proposed findings and recommendations to file any objections to the proposed findings and recommendations. The District Judge will then make a *de novo* determination of those portions to which an objection is made. The District Judge may accept, reject, or modify, in whole or in part, the findings and recommendations.

The memorandum in support of the joint motion to seal indicates that plaintiff was a juvenile at the time the action was filed and that confidential educational records and documentation of educational disabilities and other personal information is contained in many of the filings in this case. (Docket no. 54). While this case has proceeded with the use of initials instead of full names of the plaintiffs, certain documents filed with the court also contain personally identifiable information that reveal the identity of the student or could lead to the identity of plaintiffs. The parties cite numerous cases where courts have allowed confidential student information, including entire administrative records, to be filed under seal. The parties assert that another procedure for protecting the confidential information "contained in Docket Numbers 1-51 will not suffice because of the voluminous nature of the filings."

At the parties' request, the court previously placed under seal the administrative record (Docket Nos. 26–37), recognizing the protectible nature of student educational records and other personal and medical information. (Docket no. 51). The parties now request that every docket entry be sealed due to the confidential and sensitive nature of the material involved.

While it is appropriate to have confidential and sensitive information of the juvenile plaintiff be sealed, there are filings in this case that do not contain any such information, nor would they lead to the discovery of confidential or sensitive information. The undersigned has reviewed each docket entry filed in this case. After having reviewed those entries, it appears that docket numbers 6–8, 11–18, 20–25, 38, 43, 45–47, 49, 51–56 do not contain any confidential, personally identifying, or sensitive information that justify the sealing of those filings. A review of docket entry numbers 1–5, 9, 10, 19, 26–37, 39–42, 44, 48, and 50 do contain confidential, personally identifying, sensitive information, or information that could reasonable lead to the discovery of that information.

For these reasons, it is recommended that the District Judge grant this motion in part and request that docket numbers 1–5, 9, 10, 19, 39–42, 44, 48, and 50 be placed under seal and that docket numbers 26–37 remain under seal.

### Notice

By means of the court's electronic filing system, the parties are notified that objections to this proposed findings and recommendations must be filed within fourteen (14) days of service of the proposed findings and recommendations and a failure to file timely objections waives appellate review of the substance of the proposed findings and recommendations and waives appellate review of any decision based on this proposed findings and recommendations.

ENTERED this 4th day of March, 2022.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia