IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M.O., a minor by his Mother and Next Friend, C.O., and C.O., ) ) ) Plaintiffs, ) ) v. ) ) FAIRFAX COUNTY SCHOOL BOARD, ) ) Defendant. ) | Civil Action No. 1:21-cv-00769 (RDA/JFA) |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge John Anderson on March 4, 2022. Dkt. 57. In this matter, Judge Anderson recommends that the Court grant in part and deny in part the Parties' Joint Motion to Seal (Dkt. 53) the entire case, noting that not all docket entries contain personally identifiable information related to Plaintiffs. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Anderson's Recommendation was March 18, 2022. To date, Plaintiffs have already filed an objection urging this Court to adopt Judge Anderson's Recommendation with the addition of Docket Entry 49, which Plaintiffs represent Defendant does not contest. That docket entry, Plaintiffs contend, contains an Exhibit B which consists of sensitive information related to the Plaintiffs. Plaintiffs also represent that Defendant "agree[s] with all other recommendations" made by Judge Anderson.

This Court must make a *de novo* assessment of those portions of the Recommendation to which any objections are made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court is authorized to either accept, reject, or modify the Recommendation. *Id.*

After reviewing the record, Judge Anderson's Recommendation, and considering the Parties' objection (Dkt. 58), the Court hereby MODIFIES and ADOPTS the Recommendation to include docket entry 49; and it is

FURTHER ORDERED that docket entry numbers 1–5, 9, 10, 19, 39–42, 44, and 48–50 are SEALED. Accordingly, the Parties' Joint Motion to Seal (Dkt. 53) is GRANTED in part and DENIED in part.

The Clerk is directed to forward copies of this Order to counsel.

It is SO ORDERED.

Alexandria, Virginia
March 9, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge